UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL VELASQUEZ

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

CRYSTAL CURRY
MARK LUNA

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

If the defendant is an individual:

The defendant, **CRYSTAL CURRY** (Defendant's name), is a citizen of the State of

**TEXAS**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation: **ATF o/r HOUSTON POLICE DEPARTMENT**

The defendant, **MARK LUNA**, is incorporated under the laws of

the State of **TEXAS**

and has its principal place of business in the State of **TEXAS**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in **UNITED STATES GOVERNMENT A.T.F.**
**— OR — HOUSTON POLICE DEPT.**

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**DANIEL**        **VELASQUEZ**
First Name    Middle Initial    Last Name

**146 CLAY ST.**
Street Address

**KINGS**    **BROOKLYN**    **N.Y.**    **11222**
County, City        State       Zip Code

_____    **DanielVe139@Gmail.Com**
Telephone Number    Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: CRYSTAL CURRY
First Name / Last Name
Informant / Undercover Houston Police Department OR A.T.F.
Current Job Title (or other identifying information)
Possible Law Enforcement
Current Work Address (or other address where defendant may be served)
HARRIS, HOUSTON, TEXAS 77022
County, City / State / Zip Code

Defendant 2: MARK LUNA
First Name / Last Name
Informant / Undercover Houston Police Department OR A.T.F.
Current Job Title (or other identifying information)
Possible Law Enforcement
Current Work Address (or other address where defendant may be served)
HARRIS, HOUSTON, TEXAS 77022
County, City / State / Zip Code

Defendant 3:
First Name     Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City     State     Zip Code

Page 4

Defendant 4: _____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City           State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: BELLVUE MEN'S SHELTHER, 146 CLAY ST. BKLYN, NY. Apple Device I-phone 13 pro, VERIZON database cellular, Apple I-CLOUD, ALL OPEN PORTALS through media APPS, ETC...

Date(s) of occurrence: MARCH - APRIL 2025

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I have been strip of my dignity, way of life, freedom, & Constitutional Rights. I have been deprived of my civil Rights by the illegal & warrantless implant of a A.i. Neutrial chip or some kind of Ai Micro Chip Implant by way of ~~ingesting~~ food, drink, or intercourse. This is a threat to all U.S. citizens, Soverign citizens, and the entire Republic of this Union The ~~American~~ United States of America Republic. This ~~its~~ dangerous technology in security is very troubling to our Nation and presents a National Security Threat Level for it is internally and undetectable. my phone has been broken into; pass its security protocols by defendants actions that are warantless from Verizon, Apple INC, APPLE CLOUD & all portals in the cloud space. This secret spy program is truly cruel and unusual punishment & violations of human rights and our U.S. Constitution.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

depression, Anxiety, mental stress, hearing Voices, eye dry, feeling Anxious & Exhausted, Lost of Housing, Lost of Money, No Privacy, Confusion, No Peace, Strip me of Dignity & all of my Rights. Data breach Verizon & Apple. & Apple Cloud, Lost of myself.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I want all warants Issue, Dated, sign, & Reason. Removing out the Microchip that is Internally. Medical Screening by Professional Medical Internal medicine Specialist my Eye, ETC... An MRI for Deep Tissue. Reveling of Both defendant identities of Crystal Curry & Mark Luna True professional Careers or Status in Law Enforcement H.P.D. or A.T.F. and any open investigation Reports.

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 04/16/2025

Plaintiff's Signature: *[signed]*

First Name: DANIEL
Middle Initial:
Last Name: VELASQUEZ

Street Address: 146 CLAY ST.

County, City: KINGS, BROOKLYN
State: N.Y.
Zip Code: 11222

Telephone Number:

Email Address: DanielVel39@Gmail.Com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.