**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DANIEL VELASQUEZ,

                Plaintiff,

  -against-                                  25 **CIVIL** 3326 (LLS)

                                            **JUDGMENT**

CRYSTAL CURRY; MARK LUNA,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 26, 2025, the Court dismisses this action as frivolous. See 28 U.S.C. § 1915(e)(2)(B) (i).

**Dated:**  New York, New York

       June 27, 2025

                                                        **TAMMI M. HELLWIG**

                                                        **Clerk of Court**

                   **BY:**

                                                          **Deputy Clerk**